RECEIVED
JUL 1 8 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STACE ADAM DeLEON, Plaintiff | CIVIL ACTION NO. 1:19-CV-599-P |
| VERSUS | JUDGE DEE D. DRELL |
| LA DEPT. OF CORRECTIONS, ET AL., Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion for Temporary Restraining Order (Doc. 1) is hereby **DENIED**.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 17th day of July, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE