UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| STACE ADAM DeLEON,<br>Plaintiff | CIVIL DOCKET NO. 1:19-CV-599-P |
| VERSUS | JUDGE DRELL |
| LA DEPT. OF CORRECTIONS,<br>*ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 15), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint (Doc. 2) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 21st day of November, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE